UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| BRYAN TATUM, | ) | CV NO. 14-9965-DDP(AJW) |
| Petitioner, | ) | |
| | ) | JUDGMENT |
| v. | ) | |
| KEVIN CHAPPELL, Warden, | ) | |
| Respondent. | ) | |

It is hereby adjudged that petition for a writ of habeas corpus is dismissed with prejudice.

Dated: March 24, 2015

_____
Dean D. Pregerson
United States District Judge